LOCAL PROB 12B
(06/17)

# UNITED STATES DISTRICT COURT
## for the
## District of Connecticut

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: William Scott Van Wyk

Docket Number: 0205 3:11CR00213-001

Sentencing Judicial Officer: Honorable Stefan R. Underhill, U.S. District Judge

Date of Original Sentence: January 27, 2012

Original Offense: Receipt of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(2); and Use of an Interstate Facility to Attempt to Persuade a Minor to Engage in Sexual Activity, in violation of 18 U.S.C. § 2422(b)

Original Sentence: 210 Months Bureau of Prisons Concurrent; Life Term of Supervised Release

Type of Supervision: Supervised Release    Date Supervision Commenced: July 1, 2024

AUSA: Marc S. Silverman    Defense Attorney: Anne Silver

☐ **Sentence is for a Violation of TSR**

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☒ To modify the conditions of supervision as follows:

The defendant shall serve the initial nine months of supervised release in a Residential Re-Entry Center (RRC/halfway house), unless another residence can be approved which is acceptable for supervision as deemed appropriate by the U.S. Probation Office.

### CAUSE

The defendant is scheduled to be released from the Bureau of Prisons on July 1, 2024. Despite efforts, Mr. Van Wyk is homeless and has been unable to submit a successful release plan. The modification of his conditions will allow him to participate in the Residential Re-Entry Center to assist him with employment and stable housing.

Respectfully Submitted:

Kristin N. Moran
Senior U.S. Probation Officer
Date: March 21, 2024

**THE COURT ORDERS:**

☐ No Action

☒ The modification of conditions as noted above.

☐ The extension of supervision as noted above.

☐ Other

_____
Judicial Officer

_____
March 29, 2024
Date

**Submit by Email**   **Print Form**   **Save As**